IN THE SUPREME COURT OF TEXAS

 No. 05-0515

 IN RE MARY KAY HOLDING CORPORATION AND MARY KAY INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for emergency stay, filed July 11, 2005, is
granted. The order dated May 25, 2005, in Cause No. 04-03311-A, styled
John P. Rochon, Nick G. Bouras, Nu-Kote International, Inc. and Nu-Kote
Acquisition Corporation v. Akin Gump Strauss Hauer & Feld, LLP and Alan
Feld, in the 192nd District Court of Dallas County, Texas, is stayed
pending further order of this Court.

 2. The real parties in interest are requested to respond to
relators' petition for writ of mandamus on or before 3:00 p.m., July 20,
2005.

 Done at the City of Austin, this July 13, 2005.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk